UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA, | Case No. 2:20-cv-00211-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, | |
| Respondent. | |

Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 11), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have up to and including September 21, 2020, to file an amended petition for a writ of habeas corpus.

DATED: July 23, 2020

_____
GLORIA M. NAVARRO
United States District Judge