# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS,<br><br>Respondent. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an extension of time (third request) (ECF No. 15), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (third request) (ECF No. 15) is **GRANTED**. Petitioner will have up to and including December 4, 2020, to file an amended petition for a writ of habeas corpus.

DATED: November 30, 2020

GLORIA M. NAVARRO
United States District Judge

1