UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA, | Case No. 2:20-cv-00211-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, | |
| Respondent. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 20), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 20) is **GRANTED**.  Respondents will have up to and including March 4, 2021, to file a response to the first amended petition (ECF No. 17).

DATED: February 2, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1