# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA, | Case No. 2:20-cv-00211-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, | |
| Respondent. | |

Two motions are before the court. First, respondents have filed a motion for leave to file exhibit under seal. ECF No. 32. The exhibit in question is the pre-sentence investigation report of petitioner, and it contains confidential information. The court finds compelling reasons to seal this document. <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006).

Second, petitioner has filed an unopposed motion for an extension of time (first request). ECF No. 34. The court finds that good cause exists to grant this motion.

IT THEREFORE IS ORDERED that respondents' motion for leave to file exhibit under seal (ECF No. 32) is **GRANTED**.

///

///

///

///

1

1  IT FURTHER IS ORDERED that petitioner's unopposed motion for an extension of time
2  (first request) (ECF No. 34) is **GRANTED**.  Petitioner will have up to and including May 17,
3  2021, to file a response to the motion to dismiss (ECF No. 22).
4  DATED: March 19, 2021

_____
GLORIA M. NAVARRO
United States District Judge