# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA, | Case No. 2:20-cv-00211-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for an extension of time (second request) (ECF No. 36), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (second request) (ECF No. 36) is **GRANTED**. Petitioner will have up to and including July 1, 2021, to respond to the motion to dismiss (ECF No. 22).

DATED: May 18, 2021

GLORIA M. NAVARRO
United States District Judge

1