1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10

11   RICARDO QUINTANILLA,                    Case No. 2:20-cv-00211-GMN-NJK

12                  Petitioner,              **ORDER**

13          v.

14   BRIAN WILLIAMS, et al.,

15                  Respondents.

16

17          Petitioner having filed an unopposed motion for an extension of time (third request) (ECF

18   No. 38), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of

20   time (third request) (ECF No. 38) is **GRANTED**.  Petitioner will have up to and including

21   August 2, 2021, to respond to the motion to dismiss (ECF No. 22).

22          DATED:  July 2, 2021

23
                                              _____
24                                            GLORIA M. NAVARRO
                                              United States District Judge
25

26

27

28
                                              1