UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

　　　Petitioner having filed an unopposed motion for an extension of time (fourth request) (ECF No. 40), and good cause appearing;

　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (fourth request) (ECF No. 40) is **GRANTED**. Petitioner will have up to and including September 16, 2021, to respond to the motion to dismiss (ECF No. 22).

　　　DATED: August 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1