UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an extension of time (sixth request) (ECF No. 44), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for an extension of time (sixth request) (ECF No. 44) is **GRANTED**. Petitioner will have up to and including November 15, 2021, to respond to the motion to dismiss (ECF No. 22).

DATED: October 18, 2021

_____
GLORIA M. NAVARRO
United States District Judge