# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 48) is **GRANTED**. Respondents will have up to and including January 6, 2022, to file a reply to the opposition to the motion to dismiss.

DATED: December 29, 2021

GLORIA M. NAVARRO
United States District Judge

1