UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 54).[1] The court finds good cause to grant the motion, but not for the full amount of time requested. Because of the age of the motion to dismiss (ECF No. 22), the court is aiming for a disposition of that motion by March 31, 2022, and the court will need time to prepare that disposition.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 54) is **GRANTED**. Respondents will have up to and including March 18, 2022, to file a reply to the opposition to the motion to dismiss.

DATED: February 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The corrected image of the motion is at ECF No. 56.

1