# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:20-cv-00211-GMN-NJK<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 64), and good cause appearing;

**It is therefore ordered** that respondents' unopposed motion for enlargement of time (first request) (ECF No. 64) is **granted**. Respondents will have up to and including June 23, 2022, to file a response to petitioner's motion for reconsideration.

Dated: May 10, 2022

_____
Gloria M. Navarro, Judge
United States District Court