UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO QUINTANILLA, | Case No. 2:20-cv-00211-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 69), and good cause appearing;

**It is therefore ordered** that respondents' unopposed motion for enlargement of time (third request) (ECF No. 69) is **granted**. Respondents will have up to and including August 22, 2022, to file a response to petitioner's motion for reconsideration.

Dated: August 6, 2022

Gloria M. Navarro, Judge
United States District Court